**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| NOLEN L. MANNING, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 4:25-CV-6-TLS-JEM |
| | ) | |
| DARDEN RESTAURANTS, INC., and | ) | |
| GMRI, INC., d/b/a CHEDDAR'S | ) | |
| SCRATCH KITCHEN, | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE PURSUANT TO**
**28 U.S.C. § 636(b)(3) and Local Rule 72-1**

This matter is before the Court *sua sponte.* On February 1, 2026, counsel for Plaintiff moved to withdraw, including the contact information for Plaintiff and a representation that they had informed Plaintiff of the intent to withdraw via multiple methods of communication. The motion was granted on February 4, 2026, and the Court set this matter for a telephonic hearing on the status of Plaintiff's representation after his counsel withdrew. The hearing was set for March 12, 2026, and the parties, including Plaintiff Nolen L. Manning, *pro se*, were ordered to appear telephonically. Mr. Manning failed to appear without explanation, and an order to show cause was issued. He also failed to appear at the May 13, 2026, show cause hearing. Certified mail sent to Mr. Manning's address was returned unclaimed.

Accordingly, in light of Mr. Manning's repeated failure to appear or to update his contact information with the Court, the Court **RECOMMENDS** that the District Court **DISMISS** this matter **without prejudice** for Plaintiff's failure to prosecute the matter.

This Report and Recommendation is submitted pursuant to 28 U.S.C. § 636(b)(1)(B).

1

Pursuant to 28 U.S.C. § 636(b)(1), the parties shall have fourteen (14) days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure to file a timely objection will result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. *Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989).

SO ORDERED this 13th day of May, 2026.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:     All counsel of record
Plaintiff, *pro se,* 5615 Pretty Prairie Road, Battleground, IN 47920
by first class and certified mail, return receipt requested
by email at nolenmanning10@gmail.com
Judge Theresa L. Springmann

2